UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Haidi Zhang<br>    PLAINTIFF, | Civil No. 302CV1963(AVC) |
| v. | |
| Cendant Mobility Services Corporation<br>and Cendant Corporation<br>    DEFENDANTS. | October 10<br>~~AUGUST~~____, 2003 |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Haidi Zhang and Defendants through their respective undersigned counsel, that the above captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

Respectfully Submitted,

**ATTORNEY FOR PLAINTIFF**

PAES & PAES, LLC
4 Washington Avenue
Sandy Hook, CT 06482
Tel: (203) 270-6441

By: _____
    Michael Paes

**ATTORNEYS FOR DEFENDANT**

JACKSON LEWIS LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (203) 522-0404

By: _____
    William Anthony

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on this 15th day of October, 2003 to the following counsel of record:

> Michael T. Paes
> Fern H. Paes
> Paes & Paes, LLC
> 4 Washington Avenue
> Sandy Hook, CT  06482

_____
Tasos C. Paindiris