UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Haidi Zhang

V.                                    Case Number: 3:02cv1963(AVC)

Cendant Mobility Services Corp.

**Stipulation for Dismissal**

Doc. # **19**

**ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, October 22, 2003.

KEVIN F. ROWE, CLERK

By: *A. Montgomery*
A. Montgomery
Deputy Clerk